AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Arcara, Richard J. | 2. Court or Organization<br><br>U.S. District Court W.D.N.Y. | 3. Date of Report<br><br>08/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>2 Niagara Square<br>Buffalo, New York 14202 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | AAA Western and Central New York Board Member - Stipend |
| 2. | 2017 | Gwen Arcara, LLC - self employed executive recruitment for the healthcare industry |
| 3. | 2017 | Health Now Board Member - Stipend |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   RBC Branch Sweep Program | A | Interest | J | T | | | | | |
| 2.   RBC Branch Sweep Program (Y) | | | | | | | | | |
| 3.   RBC Branch Sweep Program | | None | M | T | | | | | |
| 4.   RBC Wealth Management Cash (X) | A | Interest | J | T | | | | | |
| 5.   Alcoa Inc OID Callable 01/15/21 | B | Interest | K | T | | | | | |
| 6.   Allianzgi NFJ Dividend Value (formerly Allianz NFJ Dividend Val Cl. C) | D | Dividend | K | T | | | | | |
| 7.   Allstate Corporation 6.25% pfd ser F | A | Dividend | J | T | | | | | |
| 8.   Allstate Corporation 6.75%, pfd stk ser C | A | Dividend | J | T | | | | | |
| 9.   Ally FINL Inc 8/15/18 | A | Dividend | | | Redeemed | 10/16/17 | K | | |
| 10.   Ally Financial Inc 4.15% | B | Interest | K | T | | | | | |
| 11.   Ally FINL Inc FR 4.15% 081519 Callable 02/15/17 | B | Interest | K | T | | | | | |
| 12.   Annaly Capital Management Inc 6.95 SRS | A | Dividend | K | T | Buy | 7/26/17 | K | | |
| 13.   Alternative Loan Trust MTGPC Series | A | Interest | J | T | | | | | |
| 14.   AT&T Inc 5.350 Global Notes due 2066 | | None | K | T | Buy | 10/26/17 | K | | |
| 15.   Bank of America Corp 6.5% Shs REPSTG | B | Dividend | K | T | | | | | |
| 16.   Bank of America Corp 6.5% Shs REPSTG | A | Dividend | J | T | | | | | |
| 17.   Bank of America Corp 6.625% Non Cum Prfd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America FDG Corp Series 2007-2 Class 1A7 | A | Interest | J | T | Sold (part) | 12/25/17 | J | | |
| 19. Bank of American Fund Corp Ser 2007-2 CL TA1B | A | Interest | J | T | | | | | |
| 20. Blackrock Enhanced Int'l Div Trust (formerly Black Rock Int'l Growth & | B | Dividend | K | T | Sold (part) | 12/20/17 | K | | |
| 21. BlackRock Global Allocation Fd Inc CL C | A | Dividend | J | T | Sold (part) | 11/13/17 | J | A | |
| 22. BlackRock Global Allocation Fd Inc Cl C | B | Dividend | K | T | | | | | |
| 23. Blackrock Multi Sector Income | B | Dividend | K | T | | | | | |
| 24. BlackRock NY Muni Income | A | Dividend | J | T | | | | | |
| 25. Bristol Myers Squibb Co | A | Dividend | K | T | | | | | |
| 26. CHL Mortgage Pass Through 2006-15 | A | Interest | J | T | | | | | |
| 27. CHL Mortgage Pass Through 2006-J4 | A | Interest | J | T | | | | | |
| 28. CHL Mortgage Pass Through 2006-16 | A | Interest | J | T | | | | | |
| 29. CHL Mortgage Pass Through 2007-3 | A | Interest | J | T | Sold (part) | 12/25/17 | J | A | |
| 30. Citigroup Coml Mtg Ser 2008-C7 Class AJ | A | Interest | K | T | Buy | 11/14/17 | K | | |
| 31. Citigroup Commercial Mort Tr MTGPC Ser 2006-C5 A-J Fixed | B | Interest | J | T | | | | | |
| 32. Citigroup Inc. 5.8% pfd ser C non cum | B | Dividend | K | T | | | | | |
| 33. Citigroup Inc. 6.875% ser K | B | Dividend | K | T | | | | | |
| 34. CitiMortgage Alt. Loan Trust Series 2006-A4 | A | Interest | J | T | Sold (part) | 12/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citimortgage Alternative Loan Trust Series 2006-A4 | A | Interest | J | T | | | | | |
| 36. Clearbride Value Trust Class C | | None | K | T | | | | | |
| 37. Clearbridge Energy MLP Total Return Fund | B | Dividend | K | T | Buy | 11/29/17 | J | | |
| 38. Cohen & Steers MLP Income & Energy Opportunity FD Inc | B | Dividend | K | T | Buy | 11/30/17 | J | | |
| 39. Computer Task Group Inc | | None | | | Sold | 12/20/17 | J | | |
| 40. Corp Back JCPenney Ser 07-1CL A-1 | B | Interest | K | T | Buy | 01/09/17 | K | | |
| 41. Countrywide Capital V 7% | B | Interest | K | T | | | | | |
| 42. Countrywide Home LN Class A11 | A | Interest | J | T | | | | | |
| 43. Doubleline Income Solutions FD | C | Dividend | K | T | | | | | |
| 44. Doubleline Income Solutions FD | A | Dividend | J | T | | | | | |
| 45. Duke Energy Corporation 5.125% Jr Sub Debentures | B | Interest | K | T | | | | | |
| 46. Eaton Vance Fltng RT 2022 Trgt Trm TR | A | Dividend | K | T | Buy | 07/27/17 | K | | |
| 47. | | | | | Buy (add'l) | 11/30/17 | J | | |
| 48. Eaton Vance Floating Rate Income Plus Fund | A | Dividend | J | T | | | | | |
| 49. Eton Vance Floating Rate Income Plus Fund | B | Dividend | K | T | | | | | |
| 50. Eaton Vance Grwth TR Atlanta Cap Select CL A | A | Dividend | K | T | Buy | 06/16/17 | K | | |
| 51. Eaton Vance High Income 2021 Target Term TR Com SH | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Vance Tax-Managed Glbl Diversified Equity Income Fd | C | Dividend | K | T | | | | | |
| 53. Eaton Vance Mut FDS TR FLTG Rate Advantage | B | Dividend | K | T | | | | | |
| 54. Euro Pac Growth Fund CL C | A | Dividend | K | T | | | | | |
| 55. Euro Pacific Growth Fund Cl. A | A | Dividend | K | T | | | | | |
| 56. Federal Home Loan Mtg Corp Ser 4604 Cl CD | A | Interest | J | T | | | | | |
| 57. Federal Nation Meeting Assn 2013-41 | A | Interest | J | T | | | | | |
| 58. Federal National MTG Assn Ser 2017-11-CL CA | A | Interest | J | T | Buy | 02/27/17 | K | | |
| 59. Fidelity Adv New Insights CL C | D | Dividend | L | T | | | | | |
| 60. Fidelity Adv New Insights Fd Cl A | C | Dividend | K | T | | | | | |
| 61. Fidelity Adv New Insights Fd Cl A | A | Dividend | J | T | Sold (part) | 11/14/17 | J | B | |
| 62. Fidelity Adv New Insights Cl C | A | Dividend | J | T | Buy | 2/13/17 | J | | |
| 63. Fidelity Adv New Insights Fd Cl A | A | Dividend | J | T | | | | | |
| 64. First TR MLP & Energy Income Fund | B | Dividend | K | T | | | | | |
| 65. First Trust Intermediate Duration Preferred & Income FD | | None | J | T | | | | | |
| 66. First Trust Intermediate Duration Preferred & Income Fd | B | Dividend | J | T | | | | | |
| 67. FHLMC REMIC Series 4588 LZ | A | Interest | J | T | Buy | 03/21/17 | K | | |
| 68. FNMA REMIC Trust 2016-39 CA | A | Interest | K | T | Buy | 07/17/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. General Electric Company Com | A | Dividend | K | T | Buy | 05/25/17 | K | | |
| 70. GNMA Ser 2016 REMIC Trust 2016-170A | A | Interest | J | T | Buy | 06/22/17 | J | | |
| 71. Goldman Sachs HY Fund Cl.A | B | Dividend | K | T | | | | | |
| 72. GOV'T Nat'l Mtge Assoc 2012-96 CLYG | A | Interest | J | T | Sold (part) | 12/20/17 | J | A | |
| 73. Gov't Nat'l Mtg Assn Ser 2012-074 CL MB | A | Interest | K | T | | | | | |
| 74. Gov't Nat'l Mtg Assn Ser 2016-160 CL UB | A | Interest | K | T | | | | | |
| 75. Gov't Nat'l Mtg Assn Ser 2017-149 CL A | A | Interest | K | T | Buy | 10/13/17 | K | | |
| 76. Gov't Nat/'l Mtg Assn Ser 13-06 CL WA | A | Interest | | | Expired | 07/20/17 | J | | |
| 77. GS MTG Secs Corp Series 2006-2F Class 2A6 | A | Interest | J | T | | | | | |
| 78. Hotchkis & Wiley FDS Mid Cap Value Fd Cl I | A | Dividend | J | T | | | | | |
| 79. Hotchkis & Wiley Funds Mid Cap Value FD CL A (formerly Hotchkis CL C) | B | Dividend | K | T | | | | | |
| 80. HSBC Holdings PLC 8.125% Pfd | B | Dividend | J | T | | | | | |
| 81. Icahn Enterprises LP/Corp SR Glbl NT 22 Callable 02/01/22 | B | Interest | K | T | | | | | |
| 82. Invesco Value Opportunities Class A (Invesco Value Opp CL C) | A | Dividend | K | T | Buy | 12/15/17 | J | | |
| 83. Invesco Charter Fund Cl A | A | Dividend | J | T | | | | | |
| 84. Invesco Trust for Investment | A | Dividend | J | T | | | | | |
| 85. Ivy Asset Strategy CL C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ivy Asset Strategy Fd Cl A | B | Dividend | K | T | | | | | |
| 87. Ivy Asset Strategy Fd CL C | A | Dividend | K | T | | | | | |
| 88. Ivy Fds Asset Strategy Cl A | B | Dividend | K | T | | | | | |
| 89. IVY FDS Inc. Large Cap Growth Fd Cl C | A | Dividend | J | T | | | | | |
| 90. Janus Invt FD Henderson Multisector Income FD A | A | Dividend | K | T | Buy | 10/17/17 | K | | |
| 91. JC Penney Co SR NTS | A | Interest | | | Sold | 05/17/17 | K | A | |
| 92. JP Morgan TrustnSeries 2007-S1 | A | Interest | J | T | | | | | |
| 93. JPMorgan TR1 US Large Cap Cl A (formJP Morgan US Large Cap Core Plus C | C | Dividend | K | T | Buy | 11/15/17 | J | | |
| 94. JP Morgan Chase & Co 6.30% Pfd Ser W | B | Dividend | K | T | | | | | |
| 95. KeyCorp | A | Dividend | | | Redeemed | 02/15/17 | K | | |
| 96. KeyCorp New | A | Dividend | J | T | | | | | |
| 97. Kinetics Paradigm Fund Adv Cl A (formerly Kinetics Paradigm Fd CL C | | None | K | T | | | | | |
| 98. Kinetics Paradigm Fund Advisor Cl C | | None | K | T | | | | | |
| 99. KKR & Co LP 6.75% Series A Preferred Units callable 6/15/21 | B | Dividend | K | T | | | | | |
| 100. Legg Mason Opportunity Trust Cl C | | None | K | T | Buy | 02/02/17 | K | | |
| 101. Lehman Mortgage Trust Series 2007-10 | A | Interest | J | T | Sold (part) | 12/25/17 | J | A | |
| 102. Locorr Invt TR Spectrum Income FD CL A | A | Dividend | J | T | Buy | 09/21/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Locorr Invt TR Spectrum Income FD CL A | A | Dividend | K | T | Buy | 09/19/17 | K | | |
| 104. M&T Bank Corp | B | Dividend | M | T | | | | | |
| 105. Morgan Stanley Mortgage Loan Tr Series 2006-11 2-A-1 Fixed RT | B | Interest | K | T | | | | | |
| 106. National Fuel Gas Co | A | Dividend | K | T | | | | | |
| 107. New Perspective Fund IncCl. A | A | Dividend | J | T | | | | | |
| 108. Nuveen CR Opportunities 2022 TRGT Term FD | B | Dividend | K | T | Buy | 03/29/17 | K | | |
| 109. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 110. .Nuveen High Income December 2018 Target Term Fund | B | Dividend | K | T | | | | | |
| 111. Nuveen High Income December 2019 target Term Fund | B | Dividend | K | T | | | | | |
| 112. .Nuveen High Income 2020 Target Term Fund | B | Dividend | K | T | | | | | |
| 113. Nuveen High Income November 2021 Target Term Fund Com Shs | B | Dividend | K | T | | | | | |
| 114. Nuveen Credit Strategies Inc Fund | A | Dividend | J | T | | | | | |
| 115. PNC FDS Intl Equity Fd CL A | A | Dividend | K | T | Buy | 11/30/17 | K | | |
| 116. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 117. Prospect Cap Corp FR 4.75% callable 7/15/18 | | None | K | T | Buy | 12/15/17 | K | | |
| 118. Prospect Cap Corp FR 5% 011519 Callable | B | Interest | K | T | | | | | |
| 119. Prudential Jennison 20/20 Focus Fund Class C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Prudential Jennison Growth Fund Cl A | C | Dividend | L | T | | | | | |
| 121. Qwest Corporation 6.5% SR Notes due 2056 | B | Interest | K | T | | | | | |
| 122. Residential Accredit LNS Inc CL A-5 | A | Interest | J | T | | | | | |
| 123. Residential Accredit LNS Inc CL I-A-5 | A | Interest | J | T | | | | | |
| 124. Royce Fd Total Return Fd Consultant | A | Dividend | J | T | | | | | |
| 125. Royce Fund - PAMutual Fund Consultant Cl | D | Dividend | K | T | | | | | |
| 126. Royce Fund - PAMutual Fund Consultant CL | B | Dividend | J | T | | | | | |
| 127. Royal Fund - PAMutual Fund Consultant CL | D | Dividend | L | T | | | | | |
| 128. SCE Trust I 5.625% Trust Cu, Pref Secs | A | Dividend | | | Redeemed | 07/19/17 | K | A | |
| 129. SLM Corp endnotes 4% to 6/6 4.7% | B | Interest | | | Redeemed | 12/15/17 | K | | |
| 130. SLM Corp Endnotes 4% 12/08, thereafter 6.75% callable 1/21/17 | B | Interest | J | T | | | | | |
| 131. SLM Corp Med Term Note | A | Interest | | | Redeemed | 06/15/17 | J | | |
| 132. SLM Corp Ednotes callable 1/21/17 | B | Interest | K | T | | | | | |
| 133. Southern Company (The) SER 2015A 6.25% JNR Subordntd | B | Int./Div. | K | T | | | | | |
| 134. Southern Company (The) SER 2015A 6.25% JNR Subordntd | A | Interest | J | T | | | | | |
| 135. Templeton Foreign Fd Cl A | A | Dividend | K | T | | | | | |
| 136. Thornburg Intl Value Fund Cl. A | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Trst for Advised Port Miller Opport TR CL A(formerly Legg Mason Opport | | None | K | T | | | | | |
| 138. Trst for Advised Port Miller Opport TR CL A(formerly Legg Mason Opport | | None | J | T | | | | | |
| 139. Trst for Advised Port Miller Opport TR CL C(formerly Legg Mason Opport | | None | J | T | | | | | |
| 140. Trst for Advised Port Miller Opport TR CL C(formerly Legg Mason Opport | | None | J | T | | | | | |
| 141. Trst for Advised Port Miller Opport TR CL C(formerly Legg Mason Opport | B | Dividend | K | T | | | | | |
| 142. United States Cellular Corp 7.25% Sr. Notes (x) | B | Int./Div. | K | T | | | | | |
| 143. Wells Fargo & Company 5.7% Dep Shs Rep 1/1000th Int | B | Dividend | K | T | | | | | |
| 144. Wells Fargo & Company 6% Dep Shs REPSTG 1/1000th INT | B | Dividend | K | T | | | | | |
| 145. Wells Fargo Mtge Backed 2006-8 A-4 | A | Interest | J | T | | | | | |
| 146. Wells Fargo Mtge Sec 2006-8 A-5 | A | Interest | J | T | | | | | |
| 147. Western Asset High Yield Defined Opportunity Fd | B | Dividend | K | T | | | | | |
| 148. Western Asset Intermediate Term Class C | A | Dividend | | | Sold | 02/02/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 08/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard J. Arcara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544